JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FLORENCE ABSOSEDE JOHNSON,

Petitioner,

v.

WARDEN OR FACILITY ADMINISTRATOR, et al,

Respondents.

Case No. 5:26-cv-04454-DFM

JUDGMENT

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall ensure Petitioner receives an initial custody redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of August 11, 2026. Ground Three (medical conditions claims) is dismissed without prejudice. The Petition is denied in all other respects.

Date: August 17, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge